**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MCR OIL TOOLS LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **SPEX OFFSHORE LTD.,** | § | |
| **SPEX SERVICES LTD.,** | § | **CIVIL ACTION NO. 3:18-CV-00731-M** |
| **SPEX OFFSHORE (UK) LTD.,** | § | |
| **SPEX GROUP US LLC,** | § | |
| **SPEX ENGINEERING (UK) LTD.,** | § | |
| **SPEX GROUP HOLDINGS, LTD.,** | § | |
| **SPEX CORPORATE HOLDINGS,** | § | |
| **LTD., AND JAMIE OAG** | § | |
| *Defendants* | § | |

**SPEX ENGINEERING (UK) LTD.'S
ADVISORY TO THE COURT ON SCOTTISH LAW**

Scotland-based Defendant SPEX Engineering (UK) Ltd. ("Engineering UK") files this Advisory to the Court on Scottish Law ("Advisory") as follows:

1.     The Court has determined that "it will apply the general rule—that liability under an alter ego or veil-piercing theory is determined by the law of the country in which the entity was incorporated"—which, for every named defendant entity except SPEX Group US LLC, is Scotland.[1] In its previous briefings, Engineering UK attempted to provide the Court a concise, accurate portrayal of the current landscape of Scottish law regarding veil piercing within Scotland and the UK.[2] Engineering UK files this Advisory in order to assist the Court and provide a complete picture of Scottish law regarding veil piercing, including recent developments. Plaintiff is not prejudiced by this Advisory because it has been on notice of

---

[1] [ECF 146].

[2] [ECF 86, 87, 88, 107, 108, 126, 127, 128].

Scottish legal issues since at least June 25, 2018 and Federal Rule of Civil Procedure 44.1 does not impose any specific time limit.[3]

2.      Through this Advisory and the Declaration of Garry Borland, QC attached hereto, Engineering UK submits that Scottish law: (1) does not recognize a legal concept similar to an "alter ego" theory as a basis for disregarding the corporate form; (2) only recognizes a limited principle of veil piercing as a basis for disregarding the corporate form under certain circumstances[4]—not present here; (3) does not recognize "reverse" corporate veil piercing as a basis for disregarding the corporate form; (4) would reject any attempt to pierce the corporate veils of SPEX Services Limited ("Services") or SPEX Offshore Limited ("Offshore") to fix liability on other named defendants because the other named defendants do not owe pre-existing legal obligations to Plaintiff; and (5) would reject any attempt to pierce the corporate veils of other named defendants in this lawsuit to fix liability on Services or Offshore because Services and Offshore are not shareholders in the other named defendants.[5]

<u>Conclusion</u>

Defendant SPEX Engineering (UK) Ltd. files this Advisory on Scottish law asking the Court to consider the Declaration of Garry Borland, QC attached hereto and determine that Plaintiff's alter ego or veil-piercing theory against all defendants incorporated in Scotland fails as a matter of Scottish law and should be dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6).

---

[3] [ECF 86, 87]; *see also Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of Republic of Venezuela,* 575 F.3d 491, 496–97 (5th Cir. 2009).

[4] Pre-existing legal obligation or liability, current shareholder, or evasion of pre-existing legal obligation or liability by interposing a company under its control.

[5] *See* Exhibit "1" – Declaration of Garry Borland, QC.

Respectfully submitted,

*/s/ Craig D. Dillard*
**Craig D. Dillard**
Texas State Bar No. 24040808
cdillard@foley.com
**Terrell Miller**
Texas State Bar No. 24046446
tmiller@foley.com
**Jason P. Sharp**
Texas State Bar No. 24039170
jsharp@foley.com
FOLEY GARDERE
FOLEY & LARDNER LLP
1000 Louisiana, Suite 2000
Houston, Texas 77002
Tel:    713-276-5500
Fax:    713-276-5555

**Steven C. Lockhart**
Texas State Bar No. 24036981
slockhart@foley.com
**Robert T. Slovak**
Texas State Bar No. 24013523
rslovak@foley.com
**Rachel Kingrey**
Texas State Bar No. 24068616
rkoneil@foley.com
FOLEY GARDERE
FOLEY & LARDNER LLP
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Tel:    214-999-4668
Fax:    214-999-3668

**ATTORNEYS FOR DEFENDANT
SPEX ENGINEERING (UK) LTD.**

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that the foregoing has been served via ECF on this the 30th day of January, 2019 to:

Blake L. Beckham
Jose M. Portela
THE BECKHAM GROUP P.C.
3400 Carlisle, Suite 550
Dallas, TX 75204
214-965-9301 (fax)

*Attorneys for Plaintiff,*
*MCR OIL TOOLS, LLC*

*/s/ Craig D. Dillard*
Craig D. Dillard