UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MCR OIL TOOLS LLC, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:18-CV-731-X |
| SPEX OFFSHORE LTD., | § | |
| SPEX SERVICES LTD., | § | |
| SPEX OFFSHORE (UK) LTD., | § | |
| SPEX GROUP US LLC, | § | |
| SPEX ENGINEERING (UK) LTD., | § | |
| SPEX GROUP HOLDINGS, LTD., | § | |
| SPEX CORPORATE HOLDINGS, | § | |
| LTD., AND JAMIE OAG | § | |
|     *Defendants*. | § | |
| | § | |

## MEMORANDUM OPINION AND ORDER

The Court **GRANTS** MCR Oil Tools LLC's unopposed motion [Doc. No. 241] for leave to supplement their responses to the defendants' motions to dismiss.

**IT IS SO ORDERED** this 20th day of November, 2019.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE